```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

        JUN 2 9 2022

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00490-EJY |
| Plaintiff, | |
| -vs- | **ORDER** |
| Julio Cesar Zubrus-Gamez, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this ___29th___ day of ___June___ 2022.

_____
UNITED STATES MAGISTRATE JUDGE