# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CESAR ZUBIAS-GAMEZ,<br>aka "Julio Subias-Gamez,"<br>aka "Julio Subia-Gamez,"<br>aka "Julio Zubeas-Gomez,"<br>aka "Julio Zabia-Gamez,"<br>aka "Julio Cesar Gonzalez Lopez,"<br><br>Defendant. | Case No. 2:22-mj-00490-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of June, 2022.

*[signature]*
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE