# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIO CESAR ZUBIAS-GAMEZ,<br>　　aka "Julio Subias-Gamez,"<br>　　aka "Julio Subia-Gamez,"<br>　　aka "Julio Zubeas-Gomez,"<br>　　aka "Julio Zabia-Gamez,"<br>　　aka "Julio Cesar Gonzalez Lopez,"<br><br>　　　　Defendant. | Case No. 2:22-mj-00490-EJY<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on July 13, 2022 at the hour of 4:00 p.m., be vacated and continued to **October 11th, 2022** at the hour of **4:00pm** in **Courtroom 3A**.

DATED this 1st day of July, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE