**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO CESAR ZUBIAS-GAMEZ,<br><br>Defendant. | Case No. 2:22-mj-00490-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 11, 2022 at 4:00 p.m., be vacated and continued to November 16, 2022 at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 5th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE